UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEISUKE SUZUKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABIOMED, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:16-CV-12214-DJC<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT MOTION FOR EXTENSION OF DISCOVERY
AND RELATED DEADLINES**

Plaintiff Keisuke Suzuki and Defendant Abiomed, Inc. (the "Parties"), jointly move this Court for an extension of the deadlines for completing discovery and filing summary judgment motions. In support of this Motion, the Parties state as follows:

1. The Court's Order of December 21, 2017 set the deadline for completion of all fact discovery as April 6, 2018. The Court's original schedule for filing motions for summary judgment (May 18, 2018) and for the hearing on such motions (June 27, 2018, 2:00 p.m.), remained unchanged.

2. The Parties are diligently and cooperatively engaged in the discovery process, which has included the exchange of thousands of documents from multiple sources. The review of these documents and the scheduling of related depositions, however, have been impacted by a medical emergency involving a family member (mother) of one of the primary Abiomed counsel, which resulted in an absence from the office for more than a month, and continues to require frequent time out of the office.

3. Plaintiff's deposition is now scheduled to go forward on March 7 and 8, 2018. Plaintiff has notified Abiomed counsel that he will take the depositions of three high-level executives of Abiomed, including its Chief Executive Officer. All three individuals have significant scheduling conflicts in the months of March and April due to the occurrence of the Company's fiscal year end, a major annual conference, and other business events and obligations.

4. Counsel for both parties have conferred and agreed to request an extension of the current deadlines to permit the orderly completion of discovery, and (as expected) the filing of any dispositive motions. Specifically, the parties hereby request that the current deadlines be extended by eight weeks, as follows:

  a. All fact discovery to be completed by June 1, 2018;

  b. Summary judgment motions to be filed by July 13, 2018;

  c. Oppositions to summary judgment motions to be filed by August 17, 2018;

  d. Replies to summary judgment motions to be filed by August 31, 2018; and

  c. Hearing on summary judgment to be scheduled in or after the week of September 3, 2018.

5. No party will be prejudiced by the requested extension.

WHEREFORE, the parties respectfully request that the Court extend the discovery and summary judgment deadlines as set forth above.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), counsel for the Parties hereby certify that they have conferred and agreed to this joint motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| KEISUKE SUZUKI | ABIOMED, INC. |
| By his attorneys, | By its attorneys, |
| /s/ *William T. Harrington* | /s/ *Alexandra D. Thaler* |
| William T. Harrington, BBO#564445 | Kenneth M. Bello, BBO #036630 |
| 171 Milk Street, 2nd Floor | Alexandra D. Thaler, BBO #677785 |
| Boston, MA 02109 | Bello Welsh LLP |
| (617) 426-7400 | 125 Summer Street, Suite 1200 |
| Wharringtonlaw@gmail.com | Boston, Massachusetts 02110 |
|  | tel: (617) 247-4100 |
|  | fax: (617) 247-4125 |
|  | kbello@bellowelsh.com |
|  | adthaler@bellowelsh.com |

Dated: March 5, 2018

## CERTIFICATE OF SERVICE

I, Alexandra D. Thaler, hereby certify that on March 5, 2018, I electronically filed the foregoing *Joint Motion for Limited Extension of Discovery and Related Deadlines* using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff at the email address(es) registered with the system.

*/s/ Alexandra D. Thaler*