UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KEISUKE SUZUKI**

                     Plaintiff(s)

       v.                                  CIVIL ACTION NO. **16-12214-DJC**

**ABIOMED, INC.**

                     Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** In accordance with the Memorandum and Order dated January 4, 2019;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant Abiomed, Inc.

                                                         Robert M. Farrell, Clerk

Dated: 1/4/19                                     /s/ Lisa M. Hourihan
                                                           ( By ) Deputy Clerk